# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0875
LT Case Nos. 09-2023-CF-478-A

_____

OSCAR OMAR DELBONO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Oscar Omar Delbono, Crawfordville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

June 9, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————